United States District Court
Southern District of Texas
**ENTERED**
August 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD R. LENOR, (TDCJ-CID #1675926) | § § § |
| Plaintiff, | § § |
| vs. | § CIVIL ACTION H-16-1099 |
| SGT. LORENA D. ARELLANO, et al., | § § § |
| Defendants. | § |

## MEMORANDUM ON DISMISSAL

The plaintiff, a state prisoner, filed this action under 42 U.S.C. § 1983 for civil rights violations. On May 5, 2016, this court entered an Order Regarding Motion to Proceed *In Forma Pauperis,* in which the plaintiff was ordered to pay the filing fee of $350.00 in installments when funds were available. The court's order advised the plaintiff that he could complete the attached Motion for Voluntary Dismissal if he did not wish to pay the filing fee. (Docket Entry No. 4). The plaintiff completed and signed the Motion for Voluntary Dismissal, (Docket Entry No. 10), which was filed on July 25, 2016.

Plaintiff's Motion for Voluntary Dismissal, (Docket Entry No. 10), is GRANTED. This action is DISMISSED without prejudice. FED. R. CIV. P. 41(a)(2). Any and all remaining pending

O:\RAO\VDG\2016\16-1099.d01.wpd

motions are DENIED as moot. No further withdrawals shall be made from the prison trust fund account of Donald R. Lenor, TDCJ No. 1675926, to collect filing fees in this case.

The Clerk will mail a copy of this Order to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, and TDCJ Office of the General Counsel, P.O. Box 13084, Austin, Texas 78711.

SIGNED at Houston, Texas, on Aug 26th, 2016.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE